# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133588(52)

KENDRIC WATTS, Individually and
as Personal Representative of the Estate
of Vera Watts, Deceased,
            Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEMS,
d/b/a HENRY FORD HOSPITAL, and
CENTER FOR SENIOR INDEPENDENCE,
            Defendants,

and

TRINITY CONTINUING CARE
SERVICES, d/b/a ST. JOSEPH'S
LIVING CENTER,
            Defendant-Appellant.

SC: 133588
COA: 267551
Wayne CC: 05-519594-NH

_____/

      On order of the Court, the motion for reconsideration of this Court's February 1, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

d0616

_____
Clerk